

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00175-CV

LISA MCCOOL, TERRY L.
HARPER, AND NANCY C.
ROGERS

APPELLANTS

V.

CHESAPEAKE EXPLORATION,
L.L.C. AND CHESAPEAKE
OPERATING, INC.

APPELLEES

------------

## FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 067-280543-15

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Joint Motion To Vacate And Remand Pursuant To Settlement." It is the court's opinion that the motion should be granted; therefore, we set aside the trial court's judgment without regard to the

---

[1]*See* Tex. R. App. P. 47.4.

merits and remand this case to the trial court to render judgment in accordance with the parties' agreement.  *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).

PER CURIAM

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DELIVERED:  May 3, 2018